UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES MASON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CV00708 AGF |
|  | ) |  |
| STONELAND, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

In light of the Joint Notice [Doc. #24] filed by the parties, in which the parties represent that Plaintiff has withdrawn his designation of experts, and acknowledge that Defendant's Motion to Strike [Doc. #18] said designation is now moot,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Designation of Experts [Doc. #18] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the hearing on the motion scheduled for **Friday, April 3, 2009** is cancelled.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of April, 2009.